JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SOPHIA OSIRIS RODRIGUEZ-RIVERA,<br><br>       Plaintiff,<br><br>  vs.<br><br>CAPITAL ONE BANK (USA) N.A., et. al.<br><br>       Defendants. | Case No.: 2:22-cv-05776-RSWL-Ex<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, defendant Curacao, LTD is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 9, 2023            */S/ RONALD S.W. LEW*
                                             Hon. Ronald S.W. Lew
                                             UNITED STATES DISTRICT JUDGE